842

No. 9, Misc.   MOORE *v.* NEW YORK.   Appellate Division of the Supreme Court of New York, Second Department.   Certiorari denied.

No. 10, Misc.   SPROUSE *v.* MISSOURI.   Supreme Court of Missouri.   Certiorari denied.   Petitioner *pro se. John M. Dalton,* Attorney General of Missouri, and *Samuel M. Watson,* Assistant Attorney General, for respondent.

No. 11, Misc.   MINER *v.* RAGEN, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 12, Misc.   BROWN *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Mausack* for the United States.

No. 13, Misc.   HASHMALL *v.* OHIO.   Supreme Court of Ohio.   Certiorari denied.   *Jack B. Dworken* for petitioner.

No. 14, Misc.   JENKINS *v.* MADIGAN, ACTING WARDEN. C. A. 7th Cir.   Certiorari denied.   *N. George Nasser* for petitioner.   *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia H. Dubrovsky* for respondent.

No. 15, Misc.   SHERMAN *v.* MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.